# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

———————————

**No. ACM 39476**

———————————

**UNITED STATES**
*Appellee*

v.

**Thomas S. MACDOUGALL, III**
Staff Sergeant (E-5), U.S. Air Force, *Appellant*

———————————

Appeal from the United States Air Force Trial Judiciary

Decided 8 March 2019

———————————

*Military Judge:* Ryan A. Hendricks.

*Approved sentence:* Bad-conduct discharge, confinement for 45 days, reduction to E-2, and a reprimand. Sentence adjudged 9 April 2018 by GCM convened at Joint Base Andrews Naval Air Facility Washington, Maryland.

*For Appellant:* Major Jarett F. Merk, USAF.

*For Appellee:* Lieutenant Colonel Joseph J. Kubler, USAF.

Before JOHNSON, DENNIS, and LEWIS, *Appellate Military Judges.*

———————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 18.4.**

———————————

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to Appellant's substantial rights occurred. Articles 59(a) and 66(c), Uniform Code of Military Justice, 10 U.S.C. §§ 859(a), 866(c) (2016).

Accordingly, the approved findings and sentence are **AFFIRMED**.

FOR THE COURT

CAROL K. JOYCE
Clerk of the Court